IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MELISSA A. WILSON | § § § § |
| | §   CIVIL NO. 5:18-cv-1056-DAE |
| V. | § § |
| TESSMER LAW FIRM, PLLC, AND HEATHER C. TESSMER | § § § § |

## ORDER

Plaintiff Melissa A. Wilson and Defendants Tessmer Law Firm, PLLC and Heather C. Tessmer notified the Court they have resolved this dispute and requested dismissal of all claims asserted in this action. It is therefore ORDERED that all claims brought in this proceeding are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Signed this the 9th day of June, 2022.

_____
David Alan Ezra
Senior United States District Judge

1